UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Andreus Spencer,                                    Civil No.: 10-CV-790 (PAM/RLE)

                 Plaintiff,

                                                    **ORDER FOR DISMISSAL**
v.                                                  **WITH PREJUDICE**

Bridgestone & Associates, LLC, *a domestic
limited liability company*,

                 Defendant.

---

Based upon the parties' Stipulation of Dismissal with Prejudice (Doc. No. 16), **IT**

**IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits,

without costs, disbursements or attorneys' fees to any party.


Dated:    April  20   , 2011                 s/Paul A. Magnuson
                                            PAUL A. MAGNUSON
                                            United States District Judge